Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICO COPELAND,<br><br>    Plaintiff,<br><br> v.<br><br>GRAYBAR ELECTRIC COMPANY, INC.,<br><br>    Defendant. | NO. 2:22-CV-00280<br><br>**STIPULATION AND ORDER AMENDING ORDER SETTING TRIAL DATES AND RELATED DATES**<br><br>NOTED FOR HEARING:<br>FEBRUARY 23, 2023 |

## STIPULATION

Plaintiff RICO COPELAND and Defendant GRAYBAR ELECTRIC COMPANY, INC., by and through their attorneys of record, in order to allow time for the parties to complete mediation, currently scheduled for March 13, 2023, hereby agree to modify the Order Setting Trial Dates and Related Dates (Dkt. 18) as follows:

The deadline for dispositive motions shall be adjusted by 21 days, such that all dispositive motions shall be filed by **March 31, 2023.**

///

///

///

{JBJ2771710.DOCX;1/12789.000001/ }
STIPULATION & ORDER AMENDING ORDER SETTING
TRIAL DATES AND RELATED DATES - 1
2:22-CV-00280

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215

///

DATED this 23rd day of March, 2023.

OGDEN MURPHY WALACE, PLLC

/s/Jessica Jensen
Jessica B. Jensen, WSBA #29353
jjensen@omwlaw.com
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000
Fax: 206-447-0215
Attorneys for Defendant Graybar Electric Company, Inc.

LEWIS RICE LLC

/s/ Jessica Jensen (with email permission dated 2/23/23)
Neal F. Perryman (admitted *pro hac vice*)
Benjamin M. Farley (admitted *pro hac vice*)
600 Washington Ave., Suite 2500
St. Louis, MO 63101
Telephone: (314) 444-7661
Facsimile: (314) 612-7661
nperryman@lewisrice.com
bfarley@lewisrice.com
Attorneys for Defendant Graybar Electric Company, Inc.

CONNOR & SARGENT PLLC

/s/ Jessica Jensen (with email permission dated 2/23/23)
Anne-Marie E. Sargent, WSBA No. 27160
921 Hildebrand Lane NE, Suite 240
Bainbridge Island, WA 98110
Phone: (206) 654-4011
aes@cslawfirm.net
derik@cslawfirm.net

Attorneys for Plaintiff

{JBJ2771710.DOCX;1/12789.000001/ }
STIPULATION & ORDER AMENDING ORDER SETTING TRIAL DATES AND RELATED DATES - 2
2:22-CV-00280

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED the Order Setting Trial Dates and Related Dates is hereby amended as follows:

All dispositive motions shall be filed by March 31, 2023.

DATED this 2nd day of March, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

{JBJ2771710.DOCX;1/12789.000001/ }
STIPULATION & ORDER AMENDING ORDER SETTING
TRIAL DATES AND RELATED DATES - 3
2:22-CV-00280

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215